**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FEED THE KIDS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-860-G** |
| | ) | |
| **LINDEL FIELDS, Oklahoma State** | ) | |
| **Superintendent of Public Instruction,** | ) | |
| **in his official capacity, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

The Court's hearing set for 2:00 p.m. on Wednesday, April 29, 2026, is hereby

STRICKEN.

IT IS SO ORDERED this 28th day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge