**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FEED THE KIDS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-860-G** |
| | ) | |
| **LINDEL FIELDS, Oklahoma State Superintendent of Public Instruction, in his official capacity, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

On April 30, 2026, the Court directed the Clerk to administratively terminate this case and ordered: "Prior to the termination of the 120-day administrative closure period, the parties shall jointly or separately notify the Court of the status of the Pittsburg County District Court lawsuit and any need to extend the closure period herein. If the parties do not so notify the Court, this action will be deemed to be dismissed without prejudice." Order of Apr. 30, 2026 (Doc. No. 13) at 10.

Now before the Court is Defendants' Motion to Dismiss (Doc. No. 14), requesting that this matter be dismissed with prejudice. Plaintiff has not responded to the Motion.

Because no party filed any notice or motion with the Court prior to the expiration of the Order's administrative closure period on August 28, 2026, the Order "by its own terms matured into a dismissal" of Plaintiff's claims without prejudice. *Lewis v. B.F. Goodrich Co.*, 850 F.2d 641, 643 (10th Cir. 1988).

Defendants' Motion (Doc. No. 14) is therefore DENIED as moot.

IT IS SO ORDERED this 6th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge